IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

FILED
APR 0 7 2015
CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| JAMIE SHELTON<br>     Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. W-14-CV-150 |
| | § | |
| PNC BANK NATIONAL<br>ASSOCIATION,<br>     Defendant. | §<br>§<br>§<br>§ | |

## O R D E R

The Court *sua sponte* considers this case. Defendant filed a Motion for Summary Judgment and Motion for Judgment on the Pleadings on March 13, 2015. Doc. 16. However, Plaintiff has not responded to Defendant's Motion. Ordinarily under the Local Rules for the Western District of Texas, "[i]f there is no response filed within the time period prescribed by the rule, the Court may grant the motion as unopposed." W.D. Tex. Civ. R. 7(e). According to the local rules, a response must be filed within fourteen days of service of the dispositive motion. *Id.* To date, Plaintiff has not filed a response in opposition to Defendant's Motion for Summary Judgment and Motion for Judgment on the Pleadings. Accordingly, it is

**ORDERED** that Plaintiff shall have fourteen days to show cause as to why Defendant's Motion should not be granted as unopposed.

**SIGNED** on this 7th day of April, 2015.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE